# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158787(18)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOYCE THURLOW, Personal Representative
of the Estate of KENNETH THURLOW,
            Plaintiff-Appellee,

v

WILLIAM BEAUMONT HOSPITAL
and TODD SINGLETON, CRNA,
            Defendants-Appellants,
and

MICHAEL SIKORSKY, D.O., and
AMERICAN ANESTHESIOLOGY OF
MICHIGAN, P.C.,
            Defendants.
_____/

SC: 158787
COA: 343817
Oakland CC: 2017-157840-NH

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 6, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2019



Clerk